# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Soriano,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Northwestern Mutual Life Insurance Company,<br><br>　　　　　Defendant. | No. CV-23-01996-PHX-ROS<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 13),

**IT IS ORDERED** the Stipulation (Doc. 13) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 15th day of July, 2024.

　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　Senior United States District Judge